UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CHARLES CHAPPELLE, ET AL.,**<br>　　　　Plaintiffs,<br>　　v.<br>**SUNTRUST MORTGAGE, INC.,**<br>　　　　Defendant. | Case No. 14-cv-03745-YGR<br><br>**ORDER REFERRING CASE TO ADR UNIT FOR ASSESSMENT TELEPHONE CONFERENCE AND VACATING HEARING ON MOTION TO DISMISS** |

Pursuant to Civil Local Rule 16-8 and ADR Local Rule 2-3, and in light of the parties' joint statement that "settlement or ADR efforts may be helpful" (Dkt. No. 20), the Court refers this foreclosure-related action to the Alternative Dispute Resolution (ADR) Unit for a telephone conference to assess this case's suitability for mediation or a settlement conference. Plaintiffs' and defendant's counsel shall participate in a telephone conference, to be scheduled by the ADR Unit as soon as possible but no later than **January 15, 2015**.

Plaintiffs' and defendant's counsel shall be prepared to discuss the following subjects:

(1) Identification and description of claims and any alleged defects in loan documents.

(2) Prospects for loan modification.

(3) Prospects for settlement.

The parties need not submit written materials to the ADR Unit in advance of the telephone conference.

In preparation for the telephone conference, plaintiffs shall do the following:

(1) Review relevant loan documents and investigate the claims to determine whether they have merit.

(2) If plaintiffs are seeking a loan modification to resolve all or some of the claims, plaintiffs shall prepare a current, accurate financial statement and gather all of the information and

1 documents customarily needed to support a loan modification request.  Further, plaintiffs shall
2 immediately notify defendant's counsel of the request for a loan modification.

3     (3)     Provide counsel for defendant with information necessary to evaluate the prospects
4 for loan modification, in the form of a financial statement, worksheet, or application customarily
5 used by financial institutions.

6     In preparation for the telephone conference, counsel for defendant shall do the following:

7     (1)     If defendant is unable or unwilling to offer a loan modification after receiving
8 notice of plaintiffs' request, counsel for defendant shall promptly notify plaintiff to that effect.

9     (2)     Arrange for a representative of defendant with full settlement authority to
10 participate in the telephone conference.

11     The ADR Unit will notify the parties of the date and time the telephone conference will be
12 held.  After the telephone conference, the ADR Unit will advise the Court of its recommendation
13 for further ADR proceedings.

14     In light of this referral, the Court hereby **VACATES** the hearing on defendant's pending
15 motion to dismiss (Dkt. No. 17) presently set for **January 6, 2015** at 2 p.m.  The Court will notify
16 the parties of a rescheduled hearing date if one is deemed necessary.

17     **IT IS SO ORDERED.**

18 Dated: December 17, 2014     _____
19     **YVONNE GONZALEZ ROGERS**
    **UNITED STATES DISTRICT COURT JUDGE**

20 cc: ADR Unit