UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CHARLES CHAPPELLE, ET AL.**, <br><br>    Plaintiffs, <br><br>    v. <br><br>**SUNTRUST MORTGAGE, INC.**, <br><br>    Defendant. | Case No.  14-cv-03745-YGR <br><br> **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

In light of the pending motion to dismiss and ongoing alternative dispute resolution efforts, the Case Management Conference ("CMC") in this matter is **CONTINUED** from February 9, 2015 to the Court's 2:00 p.m. Calendar on Monday, **March 16, 2015**, in Courtroom 1 of the United States Courthouse located at 1301 Clay Street in Oakland, California.  The parties are reminded to file *updated* CMC statements in advance of each CMC pursuant to the applicable local rules and standing orders.

Defendant's pending motion for telephonic appearance at the February 9, 2015 conference (Dkt. No. 27) is **DENIED AS MOOT**.

This Order terminates Docket No. 27.

**IT IS SO ORDERED.**

Dated: February 3, 2015

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**