1

2

3

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

4

5

6

7

8

9

**CHARLES CHAPPELLE, ET AL.**,

Plaintiffs,

v.

**SUNTRUST MORTGAGE, INC.**,

Defendant.

Case No.  14-cv-03745-YGR

**ORDER CONTINUING CASE MANAGEMENT CONFERENCE**

10

11        The parties failed to file an updated joint statement seven days in advance of the March 16,

12   2015 Case Management Conference ("CMC") pursuant to the applicable local rules and standing

13   orders.  Therefore, the March 16, 2015 CMC is **CONTINUED** to the Court's 2:00 p.m. Calendar on

14   Monday, **March 30, 2015** in Courtroom 1 of the United States Courthouse located at 1301 Clay

15   Street in Oakland, California.  The parties shall file their joint CMC statement by **March 23,**

16   **2015**.  Furthermore, the parties are reminded that they must file updated CMC statements in

17   advance of each subsequent CMC pursuant to the applicable local rules and standing orders.

18   Failure to do so may result in sanctions.

19        Defendant's pending motion for telephonic appearance at the March 16, 2015 conference

20   (Dkt. No. 30) is **DENIED AS MOOT**.

21        This Order terminates Docket Number 30.

22        **IT IS SO ORDERED.**

23   Dated: March 12, 2015

24   _____

25        **YVONNE GONZALEZ ROGERS**
     **UNITED STATES DISTRICT COURT JUDGE**

26

27

28

United States District Court
Northern District of California