UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CHARLES CHAPPELLE, ET AL.**, <br><br>Plaintiffs, <br><br>v. <br><br>**SUNTRUST MORTGAGE, INC.**, <br><br>Defendant. | Case No. 14-cv-03745-YGR <br><br>**ORDER (1) RE: BRIEFING SCHEDULE; (2) RESCHEDULING CASE MANAGEMENT CONFERENCE** |

On December 2, 2014, defendant filed a motion to dismiss. (Dkt. No. 17.) Plaintiffs filed their opposition on December 16, 2014. (Dkt. No. 22.) Thereafter, the Court referred the case to the Alternative Dispute Resolution ("ADR") Unit and vacated the hearing on the motion to dismiss. (Dkt. No. 23.) The parties subsequently participated in six ADR sessions and have been unable to reach a settlement to date. (Dkt. No. 34 § 12.) A Case Management Conference ("CMC") is set for Monday, March 30, 2015 at 2 p.m.

In light of the intervening ADR referral, defendant never filed a reply in support of its motion to dismiss. Defendant shall file its reply brief by no later than **9 a.m.** on **March 30, 2015**. If defendant does not file a reply brief by that deadline, the Court will deem the motion submitted on the papers currently before it.

On March 23, 2015, defendant filed a motion to appear by telephone at the upcoming CMC. (Dkt. No. 32.) The motion is **GRANTED**. The CMC is **RESET** to **1:30 p.m.** on **March 30, 2015** and shall occur via teleconference by all parties. Defendant shall circulate a dial-in number to plaintiffs and Clerk Frances Stone (ygrcrd@cand.uscourts.gov) by Friday, March 27, 2015 at 4 p.m. for use during Monday's CMC.

This Order terminates Docket Number 32.

**IT IS SO ORDERED.**

Dated: March 25, 2015

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**