UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

| **Date:** 3/30/15 | **Time:** 1:30pm-1:50pm | **Judge:** YVONNE GONZALEZ ROGERS |
|---|---|---|
| **Case No.:** 14-cv-03745-YGR | **Case Name:** Chappelle v. Suntrust Mortgage, Inc. | |

**Attorney for Plaintiff:** Jesse Ortiz by telephone
**Attorney for Defendant:** Hassan Elrakabawy by telephone

**Deputy Clerk:** Frances Stone                **Court Reporter:** Not Reported

## PROCEEDINGS

Teleconference- HELD

Defense to file statement **by 4/1/15** certified by one of its representatives that details information requested for evaluation of plaintiff's loan modification request, not yet provided by plaintiffs.

Compliance Hearing set **Friday 4/17/15 at 9:01am**. By 4/1/15 parties to file Joint update indicating the necessary information has been provided or Joint Statement explaining failure to comply.

**CMC is continued to 6/8/15 at 2:00pm** .Updated CMC statement filed by 6/1/15.