UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**CHARLES CHAPPELLE, ET AL.**,

Plaintiffs,

v.

**SUNTRUST MORTGAGE, INC.**,

Defendant.

Case No. 14-cv-03745-YGR

**ORDER SETTING COMPLIANCE HEARING AND CONTINUING CASE MANAGEMENT CONFERENCE**

As discussed at today's conference, the Court **ORDERS** defendant to file, by **April 1, 2015**, a statement, certified by one of its representatives, detailing the necessary information defendant has requested to enable it to evaluate plaintiffs' loan modification request but that plaintiffs have not yet provided.

A compliance hearing regarding the provision of such information by plaintiffs shall be held on **Friday, April 17, 2015** on the Court's 9:01 a.m. calendar, in the Federal Courthouse, 1301 Clay Street, Oakland, California, Courtroom 1. By **April 10, 2015**, the parties shall file either: (1) a Joint Update indicating the necessary information has been provided; or (2) a one-page Joint Statement setting forth an explanation for their failure to comply. If compliance is complete, the parties need not appear and the compliance hearing will be taken off calendar. Telephonic appearances will be allowed if the parties have submitted a Joint Statement in a timely fashion. Failure to do so may result in sanctions.

Additionally, the Case Management Conference is **CONTINUED** to **June 8, 2015**. By **June 1, 2015**, the parties shall file an updated joint case management conference statement pursuant to the applicable local rules and standing order. The filing shall include a statement from defendant as to whether plaintiffs' loan modification request has been approved or denied.

**IT IS SO ORDERED.**

Dated: March 30, 2015

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**