UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CHARLES CHAPPELLE, ET AL.,**<br>    Plaintiffs,<br>   v.<br>**SUNTRUST MORTGAGE, INC.,**<br>    Defendant. | Case No.  14-cv-03745-YGR<br><br>**ORDER CONTINUING COMPLIANCE HEARING**<br>Re: Dkt. No. 41 |

In light of the parties' joint statement filed on April 10, 2015 (Dkt. No. 41), the Court hereby **CONTINUES** the compliance hearing set for April 17, 2015 to Friday, **April 24, 2015**, on the Court's 9:01 a.m. calendar, in the Federal Courthouse, 1301 Clay Street, Oakland, California, Courtroom 1.

The Court cannot discern from the parties' joint statement (Dkt. No. 41) what necessary information is missing and the specifics of the dispute as to the sufficiency of the proffer that has been made.  Thus, by April 17, 2015, the parties shall file either: (1) an updated joint statement advising the Court that all necessary information has been provided or outlining the specifics of the dispute regarding the sufficiency of information provided; or (2) a one-page joint statement setting forth an explanation for their failure to comply.  If compliance is complete, the parties need not appear and the compliance hearing will be taken off calendar.  Telephonic appearances will be allowed if the parties have submitted a Joint Statement in a timely fashion.  Failure to do so may result in sanctions.

**IT IS SO ORDERED.**

Dated: April 14, 2015

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**