UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CHARLES CHAPPELLE, ET AL.,**<br>　　　　Plaintiffs,<br>　　v.<br>**SUNTRUST MORTGAGE, INC.,**<br>　　　　Defendant. | Case No.  14-cv-03745-YGR<br><br>**ORDER CONTINUING COMPLIANCE HEARING**<br><br>Re: Dkt. No. 43 |

In light of the parties' further joint statement filed on April 17, 2015 (Dkt. No. 43), the Court hereby **CONTINUES** the compliance hearing set for April 24, 2015 to Friday, **May 8, 2015**, on the Court's 9:01 a.m. calendar, in the Federal Courthouse, 1301 Clay Street, Oakland, California, Courtroom 1.

The parties' further joint statement indicated that certain points in contention were expected to be resolved by April 20, 2015.  Therefore, by May 1, 2015, the parties shall file either: (1) an updated joint statement advising the Court that all necessary information has been provided or outlining the specifics of any remaining dispute regarding the sufficiency of information provided; or (2) a one-page joint statement setting forth an explanation for their failure to comply. If compliance is complete, the parties need not appear and the compliance hearing will be taken off calendar.  Telephonic appearances will be allowed if the parties have submitted a joint statement in a timely fashion.  Failure to do so may result in sanctions.

**IT IS SO ORDERED.**

Dated: April 24, 2015

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　**YVONNE GONZALEZ ROGERS**
　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT COURT JUDGE**