United States District Court
Northern District of California

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

CHARLES CHAPPELLE, ET AL.,

      Plaintiffs,

    v.

SUNTRUST MORTGAGE, INC.,

      Defendant.

Case No.  14-cv-03745-YGR

**ORDER SETTING COMPLIANCE HEARING**

A compliance hearing regarding settlement progress shall be held on **July 7, 2015** on the Court's **2:01 p.m.** calendar, in the Federal Courthouse, 1301 Clay Street, Oakland, California, Courtroom 1.

By **June 30, 2015**, the parties shall file either: (1) a Joint Statement advising the Court as to whether the case is resolved; or (2) a one-page Joint Statement setting forth an explanation for their failure to comply.  If compliance is complete, the parties need not appear and the compliance hearing will be taken off calendar.

Telephonic appearances will be allowed if the parties have submitted a joint statement in a timely fashion.  Failure to do so may result in sanctions.

**IT IS SO ORDERED.**

Dated: June 9, 2015

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**