UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CHARLES CHAPPELLE, ET AL.**, <br> Plaintiffs, <br> v. <br> **SUNTRUST MORTGAGE, INC.**, <br> Defendant. | Case No. 14-cv-03745-YGR <br><br> **ORDER VACATING COMPLIANCE HEARING** <br> Re: Dkt. No. 53 |

In light of the parties' joint statement (Dkt. No. 53) indicating the parties have not reached a settlement, the Compliance Hearing set for July 7, 2015 is **VACATED**. The Court will now take under submission the pending motion to dismiss (Dkt. No. 17).

**IT IS SO ORDERED.**

Dated: July 1, 2015

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**