UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CHARLES CHAPPELLE, ET AL.**, <br> Plaintiffs, <br> v. <br> **SUNTRUST MORTGAGE, INC.**, <br> Defendant. | Case No. 14-cv-03745-YGR <br><br> **ORDER RE: CASE MANAGEMENT CONFERENCE** <br><br> Re: Dkt. Nos. 65, 66 |

The Court has reviewed the parties' joint case management conference ("CMC") statement. (Dkt. No. 65.) The Court generally requires counsel to appear in person at all conferences absent a showing of good cause, which does not include routine inconveniences of travel. Thus, defendant's motion for a telephonic appearance at the January 25, 2016 CMC (Dkt. No. 66) is **DENIED**. However, the Court will vacate the CMC if, by January 21, 2016, the parties file either: (1) a stipulation consenting to the magistrate judge of their choice for all purposes; or (2) a stipulation to the following proposed pre-trial schedule, in which case a pre-trial scheduling order shall issue:

      Expert Designations: July 1, 2016

      Discovery Cut Off: August 2, 2016

      Hearing on Dispositive Motions and *Daubert* Motions: October 4, 2016

      Pretrial Conference: December 16, 2016

      Trial Date: January 23, 2017, with two court days for trial

This Order terminates Docket Number 66.

**IT IS SO ORDERED.**

Dated: January 20, 2016

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**